IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK RESPLER, Derivatively on Behalf of MAGNUM HUNTER RESOURCES CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 13-1097-SLR |
| GARY C. EVANS, J. RALEIGH BAILES, BRAD BYNUM, VICTOR CARRILLO, STEPHEN C. HURLEY, JOE L. MCCLAUGHERTY, RON ORMAND, STEVEN PFEIFER, JEFF SWANSON, FRED J. SMITH and DAVID KREUGER, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| MAGNUM HUNTER RESOURCES CORP., | ) ) ) | |
| Nominal defendant. | ) | |

## ORDER

At Wilmington this 18th day of February, 2014, consistent with the memorandum issued this same date;

IT IS ORDERED that:

1. Defendants' supplemental motion to dismiss (D.I. 25) is granted.

2. Defendants' motion to transfer venue or in the alternative to dismiss or stay (D.I. 4) is denied as moot.

_____
United States District Judge